IT IS SO ORDERED.

DATED: August 24, 2021

*/s/ Stephen V. Wilson*

**STEPHEN V. WILSON**
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT

JS-6

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE VARTANIAN, AN INDIVIDUAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>　　　　Defendants. | Case No: 2:20-CV-06799 SVW (MRWX) Assigned to Judge Stephen V. Wilson, Courtroom 10A; and Magistrate Judge: Michael R. Wilner, Courtroom 550 (Complaint filed on October 10, 2019)<br><br>**JOINT STIPULATION REGARDING SETTLEMENT OF THE ENTIRE ACTION**<br><br>\*\*Note changes made by Court\*\* |

**TO THIS HONORABLE COURT:**

　　Defendant COSTCO WHOLESALE CORPORATION ("Costco"), and Plaintiff MARIE VARTANIAN ("Plaintiff"), collectively (the "Parties"), by and through their attorneys of record, hereby give Notice to this Court, pursuant to Local Rule 16-15.7, that the Parties reached a full settlement of this entire action on July 23, 2021.

　　The Parties, along with their attorneys of record, hereby jointly stipulate and agree to the following:

　　1. The Parties have agreed to settle this matter in full for a sum certain, which will be kept confidential, in exchange for the release of all claims;

　　2. All dates and deadlines in this matter shall be vacated;

McCUNE & HARBER, LLP
515 SOUTH FIGUEROA ST.
LOS ANGELES, CA 90071
(213) 689-2500
Fax (213) 689-2501

3. ~~The Court shall retain jurisdiction over this matter to enforce the terms of the settlement agreement;~~

4. Once the settlement funds have been paid in full, counsel for Costco will file a Joint Stipulation to Dismiss with prejudice of all of Plaintiff's claims in this lawsuit and related Order.

5. The case is administratively closed and moved to the inactive calendar.

**IT IS SO STIPULATED.**

DATED:   August  2, 2021            McCUNE & HARBER, LLP

By: /s/ *Amy A. Evenstas*
    STEPHEN M. HARBER, ESQ.
    AMY A. EVENSTAD, ESQ.
Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

DATED:   August  2, 2021            THE VARTAZARIAN LAW FIRM

By:  /s/ *Kenneth Traynham*
    STEVEN R. VARTAZARIAN, ESQ.
    KENNETH TRAYNHAM, ESQ.
Attorneys for Plaintiff, MARIE VARTANIAN